No. 510, Misc. CRESWELL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for respondent.

No. 515, Misc. RINALDI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 522, Misc. McNAIR *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 523, Misc. IN RE BARNUM. C. A. 9th Cir. Certiorari denied.

No. 536, Misc. McCABE *v.* ELLIS, CORRECTIONS DEPARTMENT GENERAL MANAGER, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney. General of Texas, and *Riley Eugene Fletcher* and *Houghton Brownlee, Jr.,* Assistant Attorneys General, for respondents.

No. 626, Misc. WILLIAMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 669, Misc. STAPLES *v.* WILKINS, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 672, Misc. BOLDEN ET AL. *v.* PEGELOW ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for respondents.